.

.

                                 **Case No. 1:26-cv-00425-PAE**

                                 **LETTER-MOTION TO JUDGE ENGELMAYER**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

[Harris-Bolden],

Plaintiff,

v.                    Case No. 1:26-cv-00425-PAE

ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Assigned: Hon. Paul A. Engelmayer

Referred: Hon. Barbara C. Moses

**LETTER-MOTION TO JUDGE ENGELMAYER**

**TRO REFERRAL STATUS UPDATE & REASONABLE ACCOMMODATION PRESENTMENT**

Hon. Paul A. Engelmayer

United States District Judge

Dear Judge, Engelmayer:

Plaintiff respectfully presents this status update regarding the proposed Temporary Restraining Order (Dkt. 11), approved as to form at 9:41 AM on January 27, 2026, and referred to Magistrate Judge Barbara C. Moses (Dkt. 14):

**Procedural Presentment to Magistrate Moses:**

a. Expedited Report & Recommendation requested within 24 hours, fully granting the TRO;

b. Ore tenus resolution requested as reasonable accommodation, minimizing disability-related impacts from extended written briefing.

**SSA Counsel Service Confirmation**

New lead counsel Kristina Danielle Cohn (kristina.cohn@ssa.gov) appeared at 6:42 AM today (Dkt. 15). Certificate of Service filed confirming all counsel, including newly appearing representatives, have full ECF docket access.

**Emergency Status Persists:**

Plaintiff has experienced 96 months of SSI benefits withheld without notice or hearing. No Certified Administrative Record exists. Mandamus relief remains independently appropriate.

Plaintiff respectfully presents for the Court's continued oversight and judicial expedition of the TRO process, with procedural accommodation for telephonic/oral presentation to Magistrate Moses to ensure timely resolution and preservation of rights.

Dated: January 28, 2026

Respectfully Presented,

[(Rhonda) Harris- Bolden]

Attorney of Record / Authorized Representative Payee /

Attorney-in-Fact / Sole Proper Party

[C/O 941 Mclean Avenue No. 484 Westchester New York (10704)] [718-781-7235]
[RhondaLHarris24@Gmail.Com]


The Court has received Harris-Bolden's letter motion, which seeks a status update as to her proposed temporary restraining order ("TRO") and requests that the Court provide "continued oversight and judicial expedition of the TRO process."

On January 27, 2026, the Court referred Harris-Bolden's motion for a TRO to Judge Moses, Dkt. 14, who thoroughly reviewed the issues raised and set a briefing schedule for the motion, Dkt. 23. Harris-Bolden is directed to adhere to that schedule. Consistent with Federal Rule of Civil Procedure 72, once the motion is fully briefed, Judge Moses will record a recommendation disposing of the matter, the parties will have an opportunity to object to that recommendation, and this Court will accept, reject, or modify the recommendation.

The Clerk of Court is respectfully directed to terminate the letter motion pending at docket 21.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: February 2, 2026
New York, New York