UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA L. H.-B.,

          Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___03/20/26___

26-CV-425 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff, who is proceeding pro se, has notified the Court that she is unable to electronically access certain filings on the docket, including defendant's motion to dismiss, through PACER. (Dkts. 33-35.) Rule 5.2(c) of the Federal Rules of Civil Procedure mandates certain restriction on electronic access to the docket in, *inter alia*, any "action for benefits under the Social Security Act." However, "the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record." Fed. R. Civ. P. 5.2(c)(1). Plaintiff is therefore entitled to have the same remote electronic access to the docket that her attorney would have if she were counseled.

As a technical matter, in order to obtain the appropriate level of access, plaintiff must complete, sign, and file a Motion for Permission for Electronic Case Filing.[1] She may use either the attached form or the electronic version, which is available at:

https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.

Once the motion is granted, plaintiff should call the Court's ECF Help Desk (212-805-0800) to properly configure her PACER account as a "case participant," which will give her

---

[1] If plaintiff would like to be able to file her own documents electronically, she must complete the Court's Case Management/Electronic Case Filing (CM/ECF) introduction course, and complete Item 2 on the application form. If she would like to continue filing her own documents by mail or email, she need not take the introduction course, and she may leave Item 2 blank.

access to the docket of her case, including filings that are not available through PACER to the general public.

Alternatively, plaintiff may withdraw her existing consent to electronic service (Dkt. 3), in which case the Commissioner and the Court will use the United States Postal Service to send her paper copies of all filings in this matter. Opting for mail service of paper copies inevitably involves some delay.

Because plaintiff has not yet been able to access the Commissioner's motion to dismiss (Dkt. 31), the Court *sua sponte* EXTENDS plaintiff's deadline to respond to that motion to **April 17, 2026**. Additionally, the Court respectfully directs the Clerk of Court to mail the motion papers at Dkt. 31 to plaintiff at her address of record, and to close the motion at Dkt. 34.

Dated: New York, New York
      March 20, 2026          **SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rhonda L. H.-B.

_____

Write the full name of each plaintiff or petitioner.

-against-

Commissioner of Social Security

_____

Write the full name of each defendant or respondent.

26 - _CV_- 425 _____

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____ .

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

   ☐  a computer with internet access and a word processor

   type of computer I will be using: _____

   type of word processor I will be using: _____

_____

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

☐    an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐    a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐    a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of Adobe Acrobat or other PDF reader and writer that I will be using:

_____

☐    a printer or copier to create required paper copies such as chambers copies.

7.  I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8.  I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____          _____
Dated                                                        Signature

_____
Name

_____          _____
Address                          City                         State        Zip Code

_____          _____
Telephone Number                                    E-mail Address

2