UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA L. H.-B.,

               Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/20/26__

26-CV-425 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 27, 2026, this Court ordered plaintiff to replace her 179-page brief in opposition to the Commissioner's motion to dismiss (Dkt. 40) with a single opposition memorandum that did not exceed 8,750 words, in compliance with Local Civ. R. 7.1(c). *See* 4/27/26 Order (Dkt. 42) at 6. The Court cautioned plaintiff that if she failed to submit a revised, compliant opposition memorandum, "the Court will consider the first 8,750 words of the brief at Dkt. 40 (excluding the first caption on ECF pp. 2-3), but will disregard the remainder." *Id*.

On May 17, 2026, plaintiff filed an unsigned, 260-page brief containing more than 45,000 words (but lacking the word-count certificate required by Local Civ. R. 7.1(c) and by the 4/27/26 Order). *See* Dkt. 43.

Consequently, the Court will consider only the first 8,750 words of the brief at Dkt. 40 (excluding the first caption on ECF pp. 2-3) as plaintiff's opposition to the Commissioner's motion to dismiss, and will disregard the remainder of Dkt. 40, as well as the filing at Dkt. 43.

The Commissioner's reply papers in further support of his motion to dismiss remain due no later than May 26, 2026. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff at 941 McClean Avenue, No. 484, Yonkers, NY 10704.

Dated: New York, New York
       May 20, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**