UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA L. H.-B.,

           Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/9/26___

26-CV-425 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 19, 2026, plaintiff Rhonda H.-B., who is proceeding pro se, notified the Court that she was unable to access certain filings on the docket, including defendant's motion to dismiss, through PACER. (Dkts. 33-35.) On March 20, 2026, the Court issued an Order (the 3/20/26 Order) (Dkt. 36) explaining the steps plaintiff must take to either:

(a)    Obtain electronic access to full docket of this action through PACER, which she may do by completing, signing, and filing a Motion for Permission for Electronic Case Filing,[1] or

(b)    Withdraw her existing Consent to Electronic Service (Dkt. 3), which she may do by filing a letter stating that she wishes to withdraw that consent, in which case the Commissioner and the Court will use the United States Postal Service to send her paper copies of all filings in this matter.

The 3/20/26 Order is accessible to the public, including plaintiff, through PACER. It was also mailed to plaintiff, at her address of record, on March 25, 2026. However, plaintiff has not submitted a Motion for Permission for Electronic Case Filing. Nor has she withdrawn her

---

[1] Plaintiff may use either the attached form or the electronic version, which is available at https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases. If plaintiff would like to be able to file her own documents electronically, she must complete the Court's Case Management/Electronic Case Filing (CM/ECF) introduction course, and complete

Consent to Electronic Service. Instead, on June 4, 2026, plaintiff filed a letter addressed to the Commissioner's counsel in which she asked counsel to "resend electronically in accessible pdf format all filings previously transmitted to the Court in the above-captioned matter." (Dkt. 47.)

The Commissioner's counsel are of course free to accommodate plaintiff's request. However, the Court provides its Orders to the parties either electronically, through the automated ECF and PACER systems, or – in the case of a pro se party who has *not* elected electronic service, or has withdrawn that election – by postal mail. The Court cannot send individualized emails to the plaintiff with each new Order. Consequently, in order to ensure that she receives *all* of the filings in this action, including the Certified Administrative Record (when and if it is filed) and this Court's Orders, plaintiff <u>must</u> either (a) obtain electronic access to full docket through PACER, by completing, signing, and filing a Motion for Permission for Electronic Case Filing, or (b) withdrawing her Consent to Electronic Service, after which paper copies of all filings will be mailed to her.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff at her address of record.

Dated: New York, New York
June 9, 2026            **SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

---

Item 2 on the application form. If she would like to continue filing her own documents by mail or email, she need not take the introduction course, and she may leave Item 2 blank.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rhonda L. H.-B.

_____

Write the full name of each plaintiff or petitioner.

-against-

Commissioner of Social Security

_____

Write the full name of each defendant or respondent.

No. __26__ - CV _ - 425_____

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1.  I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2.  I completed the Court's CM/ECF introduction course[1] on _____.

3.  I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4.  I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5.  I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6.  I know how to convert a document to PDF-A format.

7.  I have regular access to the technical requirements necessary to e-file successfully:

    ☐   a computer with internet access and a word processor

    type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

   scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

   version of PDF reader and writer that I will be using:

   _____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____          _____
Dated                                Signature

_____
Name

_____          _____
Address                      City                          State        Zip Code

_____          _____
Telephone Number                     E-mail Address

2