USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 11/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RHONDA L. HARRIS-BOLDEN,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------X

26-CV-425 (PAE) (BCM)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff Rhonda Harris-Bolden, proceeding pro se and *in forma pauperis*, filed this action on January 16, 2026, using the form designed for seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner"), *see* Compl., Dkt. 1; Dkt. 42 at 1–3 (order from Magistrate Judge Moses summarizing the history of this case);

WHEREAS Plaintiff principally seeks reinstatement of the Supplemental Security Income ("SSI") benefits that the Social Security Administration ("SSA") granted to her minor daughter but discontinued in February 2018, *see* Dkt. 42 at 1;

WHEREAS on November 11 and 14, 2026, Plaintiff contacted the chambers of the Undersigned, serving as the Part I judge, for assistance in filing an emergency application related to imminent action by the New York City Department of Homeless Services ("DHS") to transfer or remove Plaintiff's family from the shelter where they currently reside;

WHEREAS on November 11 and 14, 2026, the Court provided Plaintiff with instructions for filing an emergency application for consideration by the Part I judge;

WHEREAS on November 14, 2026, Plaintiff sent her application and supporting exhibits to the Pro Se Intake team, as instructed;

WHEREAS on November 15, 2026, Plaintiff contacted chambers again; stated that DHS planned to transfer or remove her family on November 15, 2026; and requested expedited consideration of her emergency application;

WHEREAS at the Court's request, Plaintiff emailed her emergency application and supporting materials to the chambers of the Undersigned;

WHEREAS Plaintiff's emergency application does not state any federal claim related to DHS's actions or articulate any federal right that DHS's transfer or removal is violating; and

WHEREAS Plaintiff's emergency application instead restates arguments advanced in this pending case objecting to the SSA's discontinuance of her daughter's SSI benefits;

IT IS HEREBY ORDERED that to the extent Plaintiff seeks emergency relief against the City or DHS, the Court DENIES such relief because Plaintiff fails to articulate a federal claim for which she seeks a temporary restraining order or injunction against the City or DHS.

IT IS FURTHER ORDERED that because Plaintiff's application primarily relates to her pending claims against the Commissioner, and the assigned judges remain available to consider that application, the Court refers the matter to the judges assigned to this case. *See* S.D.N.Y. Rules for the Division of Business Among District Judges 3(b)(2).

IT IS FURTHER ORDERED that this Order will be (1) emailed to Plaintiff from CaproniNYSDchambers@nysd.uscourts.gov and (2) docketed in this case along with Plaintiff's emergency application.

**SO ORDERED.**

**Date: November 15, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**
**Part I**